IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:23-CV-86-FL

| | |
|---|---|
| KATHERINE SHERPA and KAMA SHERPA, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. ) | **ORDER** |

At the direction of the Court, and for the continued efficient administration of justice, the above-captioned case is redesignated as a Southern Division case. The Honorable Louise Wood Flanagan, United States District Judge, will remain the presiding judge. **All future filings should reflect the new case number of 7:23-CV-1001-FL.** No further filing shall be made in 4:23-CV-86-FL.

SO ORDERED. This 19th day of May, 2023.

/s/ Peter A. Moore, Jr.
Clerk of Court